FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2021

No. 04-20-00460-CR

Michael A. **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8205
Honorable Velia J. Meza, Judge Presiding

## O R D E R

Appellant's motion to supplement clerk's record is carried with the appeal.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court